UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE RANDALL,<br><br>        Petitioner,<br><br>    v.<br><br>GOVERNOR GERRY BROWN, et al.<br><br>        Respondent, | No. CV 11-8463-AG(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: Oct. 24, 2011

ANDREW J. GUILFORD
United States District Judge